United States Courts Southern
District of Texas
FILED

*9/19/2021*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**
Vs.
**Devin Arlin Boysen**
**Megan Ash**
**Sean Scott James Pilling**

**CRIMINAL COMPLAINT**

Case Number:  **C-21-1180M**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about      **September 18, 2021**  in      **Kenedy**      County, in the
(Date)

Southern District of Texas, defendant,      **Devin Arlin Boysen**
**Megan Ash**
**Sean Scott James Pilling**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title      **8**      United States Code, Section(s)      **1324**
I further state that I am a(n)      **Border Patrol Agent**      and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent      **Joe Gonzalez**

Continued on the attached sheet and made a part of this complaint:      [X] Yes   [ ] No

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

Signature of Complainant
**Joe Gonzalez**
Printed Name of Complainant

September 19, 2021
Date

at      Corpus Christi, Texas
City and State

**Julie K. Hampton  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**
On September 18, 2021, at approximately 9:25 a.m., a silver in color 2020 Mazda CX-5 approached the primary inspection lane at the Javier Vega Jr. United States Border Patrol Checkpoint near Sarita, Texas. The vehicle entered the primary inspection lane and slowly drove past the stop sign. The primary agent had to raise their voice and instruct the driver to stop. The driver stopped the vehicle, and the agent approached the vehicle to conduct an immigration inspection. The vehicle had three visible occupants. The driver, later identified as Devin Arlen BOYSEN, stated he is a United States Citizen. The other two occupants of the vehicle, later identified as Sean Scott James PILLING and Megan ASH, also stated they are United States Citizens. As the agent conducted his inspection, a Border Patrol Canine Handler advised his service canine had alerted to the rear of the vehicle. BOYSEN was asked to open the rear hatch of the vehicle so the rear cargo area could be inspected. BOYSEN opened the hatch, and at least one person could be seen concealed under some luggage. BOYSEN, PILLING, and ASH were removed from the vehicle and escorted into the checkpoint. Agents then conducted a search of the vehicle and discovered two subjects concealed under various items in the rear hatch area, and one subject concealed in the backseat area of the vehicle. Agents determined the three subjects to be citizens and nationals of Honduras illegally present in the United States. Cellular phones belonging to the illegal aliens were found in the glove compartment, directly in front of front seat passenger ASH.

All subjects were placed under arrest and escorted inside the checkpoint for further processing.

**MIRANDA RIGHTS WARNING:**
All subjects were read their rights in their preferred language and signed accordingly that they understood their rights. BOYSEN, PILLING, and ASH declined to make a statement without the presence of a lawyer.

NOTE: BOYSEN has a prior arrest for Alien Smuggling on June 20, 2021 for which he is pending sentencing. He also has an administrative arrest for Alien Smuggling on August 9, 2021 from the checkpoint near Sarita, Texas.

NOTE: ASH and PILLING have a prior administrative arrest for Alien Smuggling on September 2, 2021 from the checkpoint near Sarita, Texas.

**Material Witness: Jeffry Aldair RIVAS-Caceres**
RIVAS-Caceres stated that he crossed the Rio Grande River into the United States illegally approximately three days ago. RIVAS stated on September 18, 2021, in the early morning, he and his group were taken to a large supermarket. At the supermarket parking lot, RIVAS was

directed to enter another vehicle that was there at the parking lot. RIVAS stated he entered the vehicle and got in the back seat. RIVAS stated when he entered the vehicle, a male covered him with a blanket. RIVAS stated he saw a total of three people in the vehicle.

**Material Witness: Juvenal CERROS-Maldonado**
CERROS stated he crossed the Rio Grande River into the United States illegally with a large group. On September 18, 2021, at approximately 7:00 a.m., CERROS stated they were taken to a large parking lot where the vehicle he was arrested in was waiting. CERROS stated a heavyset male told him to get in the back of the vehicle. After entering, CERROS was covered by the same male. CERROS stated he felt another subject enter the vehicle after him. CERROS stated he saw two males and one female as he was entering the vehicle. CERROS stated just before arriving to the checkpoint, he heard a mechanical/electronic voice say that they were about to arrive at the checkpoint where there were officers present.

**DISPOSITION:**

The facts of this case were presented to the Assistant United States Attorney Office who accepted Devin Arlin BOYSEN, Megan ASH, and Sean Scott James PILLING for prosecution of 8 USC 1324, Alien Smuggling. Jeffry Aldair RIVAS-Caceres and Juvenal CERROS-Maldonado will be held as Material Witnesses.

Joe Gonzalez
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day September 19, 2021

Julie K. Hampton
United States Magistrate Judge